**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUG 2 5 2009

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Douglas McLaren, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **09 1615** |
| | ) |
| Commissioner, U.S. Postal Service, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM OPINION

This matter is before this court on the plaintiff's application to proceed *in forma pauperis*, *pro se* complaint, motion for immediate injunction, motion to seal, and motion for appointed legal counsel. The court will grant the application, dismiss the complaint because it fails to state a claim upon which relief may be granted against this defendant, and deny all pending motions as moot.

The complaint seeks "immediate relief of phys[ic]al, civil momentary harm," Complaint at 2, and 4.7 trillion dollars in damages, *id.* at 4. The remainder of the four pages of the complaint consists of incoherent phrases and terms, such as the following:

> Religious persecution, political persecution, difirmation [sic], slander, criminal slander, discrim[in]ation, racism, reverse racism discrim[in]ation. Sexual harassment harassment, invasion of privacy invasion criminal invasion of privacy violation of domain, to violations of sovereign domain. Invasion of domain of legal filings, retal[ia]tory acts. Interference with legal filings . . . .

*Id.* at 2.

This court is obligated by federal law to dismiss a complaint that is filed without prepayment of filing fees whenever it determines that the complaint fails to state a claim upon

which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Here, the complaint does not contain any factual allegations to establish that the plaintiff has suffered an injury attributable to the defendant. In fact, the defendant is not mentioned by name or reference outside the caption of the complaint. Accordingly, the complaint does not state a claim upon which relief may be granted against the defendant, and the court will dismiss the complaint.

An appropriate order accompanies this memorandum opinion.

Date: *August 7, 2009*

United States District Judge